IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | : | |
|---|---|---|
| IN RE: Paragard IUD Products Liability Litigation | : : : : : : : : | MDL ACTION FILE NO. 1:20-md-02974-LMM  This Document Relates to: *All Cases Listed on Exhibit 1* |

## ORDER

Plaintiffs identified on **Exhibit 1** to this Order have filed consent motions to amend their short form complaints. Upon due consideration, the motions are **GRANTED**. Each Plaintiff listed on Exhibit 1 is **DIRECTED** to file her Amended Short Form Complaint in the individual case docket within **14 DAYS** of the entry of this Order.

**IT IS SO ORDERED** this 20th day of November, 2024.

**Leigh Martin May**
**United States District Judge**

## Exhibit 1

| | |
|---|---|
| Erin Archer | 1:23-cv-05034-LMM |
| Jaquana Bell | 1:22-cv-00620-LMM |
| Shelby Bell | 1:22-cv-02826-LMM |
| Regina King Bellows | 1:23-cv-00690-LMM |
| Claire Boyce | 1:22-cv-03759-LMM |
| Iisha Chachere | 1:22-cv-00679-LMM |
| Tinisha Chambers | 1:23-cv-05159-LMM |
| Michele N. Chamness | 1:22-cv-04644-LMM |
| Hannah Becker Cutts | 1:22-cv-04130-LMM |
| Fanta Diallo | 1:22-cv-00585-LMM |
| Jennifer Dressen | 1:22-cv-04651-LMM |
| Natalie Droutsas | 1:22-cv-03298-LMM |
| Karla Franco | 1:24-cv-00610-LMM |
| Ashley Lynn Jacobi | 1:22-cv-04638-LMM |
| Natasha Langhans | 1:23-cv-00215-LMM |
| Revella Ann Leifert | 1:23-cv-00219-LMM |
| Mackenzie Anne McCrorey | 1:23-cv-02118-LMM |
| Guadalupe Monroy | 1:23-cv-01335-LMM |
| Andrea Moore | 1:22-cv-04655-LMM |
| Brandi Marie Moore | 1:23-cv-00583-LMM |
| Laccara Y. Paschall | 1:23-cv-02119-LMM |
| Kathy Lynn Tummino | 1:23-cv-00455-LMM |
| Lucie Camille Vasquez | 1:23-cv-00224-LMM |
| Whitney Williams | 1:23-cv-00865-LMM |